IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ELLA SHARON, on behalf of herself and all other similarly situated consumers,<br>　　　　Plaintiff<br><br>　　v.<br><br>CAC FINANCIAL CORP.,<br>　　　　Defendant | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br><br><br>NO. 1:17-cv-05174-AMD-CLP<br><br><br>JURY TRIAL DEMANDED |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that Defendant, CAC Financial Corp. ("Defendant"), hereby moves this Court, before the Honorable Ann M. Donnelly, United States District Judge for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, for an Order pursuant to Rule 56(a) of the Federal Rules of Civil Procedure granting summary judgment in favor of Defendant and against Plaintiff Ella Sharon. In support of Defendant's Motion for Summary Judgment, Defendant relies upon the following: (1) Defendant's letter dated November 30, 2018, which includes Defendant's Statement of Undisputed Material Facts pursuant to Local Rule 56.1; (2) Defendant's letter memorandum dated February 4, 2019, which includes the exhibits to Defendant's Statement of Undisputed Material Facts pursuant to Local Rule 56.1; (3)

Defendant's letter dated February 5, 2019; and (4) Defendant's letter reply dated February 26, 2019. (Docs. 17, 22, 24, 26). Defendant also has enclosed a proposed form of Order.

        Respectfully submitted,

        FINEMAN KREKSTEIN & HARRIS, P.C.

    By      /s/ Richard J. Perr
        RICHARD J. PERR, ESQUIRE (RP5194)
        Ten Penn Center
        1801 Market Street, Suite 1100
        Philadelphia, PA  19103-1628
        (v) 215-893-9300; (f) 215-893-8719
        e-mail: rperr@finemanlawfirm.com
        Attorneys for Defendant CAC Financial Corp.

Dated:  October 8, 2019

## CERTIFICATE OF SERVICE

      I, RICHARD J. PERR, ESQUIRE, hereby certify that on or about this date, I served a true and correct copy of the foregoing electronically via the Court's CM/ECF system on the following:

>Adam Jon Fishbein, Esquire
>Adam J. Fishbein, P.C.
>735 Central Avenue
>Woodmere, NY  11598
>fishbeinadamj@gmail.com

                      /s/ Richard J. Perr
                 RICHARD J. PERR, ESQUIRE

Dated:  October 8, 2019