UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ELLA SHARON, on behalf of herself and
all others similarly situated,                                      JUDGMENT

                                    Plaintiff,                      17-CV-5174 (AMD) (CLP)

              v.

CAC FINANCIAL CORP.,

                                    Defendant.
-------------------------------------------------------------X

     A Memorandum, Decision, and Order of the Honorable Ann M. Donnelly, United States District Judge, having been filed on September 28, 2020, granting the defendant's motion for summary judgment; it is

     ORDERED and ADJUDGED that the defendant's motion for summary judgment is granted; and that judgment is hereby entered in favor of defendant.

Dated: Brooklyn, New York                       Douglas C. Palmer
     September 29, 2020                         Clerk of Court

                                    By:     */s/Jalitza Poveda*
                                            Deputy Clerk